TH/ALK:ATA/AP
F. #2026R00409

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

DANIEL MALIN,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT IN SUPPORT OF APPLICATION FOR AN ARREST WARRANT

26-MJ-116

(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

MATTHEW MAHAFFEY, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about April 2, 2026, within the Eastern District of New York and elsewhere, the defendant DANIEL MALIN, knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm, to wit: one 9mm Glock 43X semi-automatic pistol bearing serial number BWKV974.

(Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.     I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2016.   I am responsible for conducting and assisting in investigations into the activities of individuals and organized criminal groups responsible for racketeering and other crimes associated with organized crime and, in particular, violent criminal gangs.   I am familiar with the facts and circumstances set forth below from my review of the investigative file, including the defendant's criminal history record, and from reports of other law enforcement officers involved in the investigation.

2.     On or about April 2, 2026, at approximately 7:06 p.m., New York City Police Department ("NYPD") officers observed a white Infiniti sedan with heavily tinted windows, in violation of New York State Vehicle and Traffic Law § 375 (12-A), near the intersection of Varet Street and Graham Avenue in Brooklyn, New York.   When the NYPD officers attempted to conduct a traffic stop of the Infiniti, the vehicle fled at a high rate of speed.

3.     The NYPD officers provided a description of the Infiniti, including the license plate number and color of the vehicle, as well as the general direction in which the vehicle was seen fleeing, over the radio to other NYPD officers.

4.     Approximately thirty minutes later, additional NYPD officers who had heard the description of the Infiniti over the radio observed the Infiniti parked near the intersection of Sandford Street and Park Avenue in Brooklyn, New York, approximately one mile away from where the first NYPD officers attempted to stop the Infiniti.   The defendant DANIEL MALIN was standing near the driver's side door of the parked Infiniti.   As the NYPD officers approached, MALIN fled on foot.

5.     The NYPD officers pursued MALIN on foot.   As reflected on body worn camera footage, MALIN threw an object to the ground during the foot chase.   Shortly thereafter,

an NYPD officer apprehended and arrested MALIN.   Following MALIN's arrest, an NYPD officer recovered a loaded 9mm Glock 43X handgun, bearing serial number BWKV974, in the location where MALIN threw the object during his flight from the NYPD officers.   The firearm was loaded with multiple rounds of ammunition.

6.    I have reviewed the defendant DANIEL MALIN's criminal history and determined that he has at least one felony conviction.   On or about July 14, 2025, MALIN was convicted of Criminal Possession of a Firearm, in violation of New York Penal Law 265.01-B, a crime punishable by a term of imprisonment of more than one year, in Kings County Supreme Court in Brooklyn, New York.   He was subsequently sentenced to six months' imprisonment, followed by five years' probation.

7.    I have reviewed an interstate nexus report prepared by a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, which indicates, in sum and substance, that the recovered firearm was manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests that the defendant DANIEL MALIN, be dealt with according to law.

*Matthew Mahaffey*
Matthew Mahaffey
Special Agent, Federal Bureau of Investigation

Sworn to before me this
9  day of June, 2026

*Seth D. Eichenholtz*
THE HONORABLE SETH D. EICHENHOLTZ
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK